# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE KLUENDER, | No. 2:25-CV-2307-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| WAL-MART ASSOCIATES, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from this action. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to another Magistrate Judge for all further proceedings and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: August 18, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1